IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60116
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER LONNELL BROWN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:95CR14PS
- - - - - - - - - -
September 18, 1996
Before REAVLEY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

Christopher Brown appeals from his conviction and sentence for possession of a firearm by a convicted felon, 18 U.S.C. § 922(g). Brown contends that: 1) the district court erred by accepting expert testimony from an agent with the Bureau of Alcohol, Tobacco, and Firearms (ATF) on the issue of the place of manufacture of the firearm; 2) that the evidence was not sufficient to support the jury's verdict and that the district

      [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

court should have granted his motion for judgment as a matter of law; and 3) that the district court erred by denying him a reduction in his offense level for acceptance of responsibility.

We have reviewed the record and the briefs of the parties and find no reversible error.  The district court did not abuse its discretion by accepting the expert testimony of the ATF agent.  See United States v. Shaw, 920 F.2d 1225, 1229 (5th Cir. 1991).  The evidence was sufficient for a reasonable jury to find Brown guilty beyond a reasonable doubt.  See United States v. Polk, 56 F.3d 613, 619 (5th Cir. 1995).  The district court did not clearly err by denying Brown a reduction in his offense level for acceptance of responsibility.  See United States v. Watkins, 911 F.2d 983, 984 (5th Cir. 1990).

AFFIRMED.